IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., and PHILIPS NORTH AMERICA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>REALTEK SEMICONDUCTOR CORP.,<br><br>Defendant. | C.A. No. 20-1247-CFC |

**MOTION OF DEFENDANT**
**REALTEK SEMICONDUCTOR CORP. TO STAY UNDER 28 U.S.C. § 1659**

Defendant Realtek Semiconductor Corp. ("Realtek") hereby respectfully moves that the Court stay this case under 28 U.S.C. § 1659.[1]

This action was filed on September 17, 2020, alleging infringement of U.S. Patent Nos. 9,590,977 ("the '977 Patent") and 10,298,564 ("the '564 Patent"). Plaintiff's Complaint alleges infringement of at least claims 1 and 11 of the '977 patent and claim 1 of the '564 patent. D.I. 1 at ¶¶ 27, 28, 37. Plaintiff also filed a Complaint under Section 337 of the Tariff Act of 1930, as Amended, before the U.S. International Trade Commission ("ITC") and asked the ITC to institute an investigation under Section 337 against Realtek. Exhibit A (attaching ITC

---

[1] By virtue of this motion, Realtek does not waive any and, in fact, expressly reserves all, defenses and procedural rights otherwise available to it, including any defenses based on lack of jurisdiction and inadequate service of process.

complaint). In its ITC Complaint, Plaintiff asserts infringement of the same '977 and '564 patents asserted here and also asserts at least claims 1 and 11 of the '977 patent and claim 1 of the '564 patent. Ex. A at ¶ 1.

On October 22, 2020, the investigation titled Certain Digital Video-Capable Devices and Components Thereof, Inv. No. 337-TA-1224 ("ITC Proceeding") was instituted by publication of a Notice of Institution in the Federal Register. 85 Fed. Reg. 67373-74; 19 C.F.R. § 210.10(b); see Exhibit B (attaching Notice of Investigation). Under Section 1659 of Title 28, upon the request of any party to a civil action that is also a respondent in an ITC investigation involving the parties in the civil action, the Court "shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission." 28 U.S.C. § 1659(a). This stay is mandatory and must be granted if it is made within thirty days from the later of: (1) the party being named a respondent in a proceeding before the ITC, or (2) the filing of the district court action. 28 U.S.C. § 1659(a)(1)-(2); *see also In re Princo,* 478 F.3d 1345, 1355 (Fed. Cir. 2007) (granting a writ of mandamus filed by Philips and directing a district court to stay proceedings under 28 U.S.C. § 1659(a) until the ITC proceeding became final, including the exhaustion of all appeals from the Commission decision).

The ITC Proceeding involves the same defendant as in this civil action,

Realtek Semiconductor Corp. See Exhibit B at 67374. Plaintiff alleges infringement of the same '977 and '564 patents in both the ITC Proceeding and this parallel civil action. Even the same claims of the '977 and '564 patents asserted in this action are also asserted in the ITC Proceeding. D.I. 1 at ¶¶ 27, 28, 37; Exh. A at ¶ 1. The products accused of infringement in this action are generally described as "digital video-capable integrated circuits," D.I. ¶¶ 4, 18, 26, 36, and the Notice of Investigation for the ITC Proceeding is likewise directed to the "importation of certain digital video-capable devices and components thereof." Ex. B at 67373. The exemplary product that is the subject of claim charts attached to the Complaint in this proceeding, LGE0551-AS1, is also the subject of claim charts attached to the Complaint in the ITC Proceeding. D.I. 1 at ¶¶ 28, 30, 38, 40 and Exh. C, D; Exh. A at ¶ 148 and Exh. 34, 45.[2] In fact, the claim chart for the '977 patent attached to the Complaint in this proceeding as Exhibit C is identical to the claim chart attached to the Complaint in the ITC Proceeding as Exhibit 34, and the claim chart for the '564 patent attached to the Complaint in this proceeding as Exhibit D is identical to the claim chart attached to the Complaint in the ITC Proceeding as Exhibit 45. D.I. 1 at Ex. C, D; Exhibit C hereto at Exhibit 34, 35. Accordingly, the issues are the same between the ITC Proceeding and this action.

On October 22, 2020, the Notice of Institution issued by the ITC was

---

[2] Exhibits 34 and 45 of the Complaint in the ITC Proceeding are attached hereto as Exhibit C.

published in the Federal Register, thus commencing the ITC Proceeding. See Exhibit B at 67373-74. Thus, this motion has been filed within thirty days of Realtek being named as a respondent in an ITC proceeding.

Counsel for Realtek met and conferred with Plaintiff's counsel on November 19 and 20, 2020, about Realtek's intent to file this motion. Plaintiff's counsel stated that Plaintiff "takes no position" on Realtek's motion to stay.

Plaintiff filed five other patent infringement actions in this Court on the same day that this action was filed, September 17, 2020. Those actions are:

- *Koninklijke Philips NV f/k/a Koninklijke Philips Electronics NV et al. v. Dell Technologies Inc. et al.*, Case No. 1:20-cv-01240, U.S. District Court, Delaware
- *Koninklijke Philips NV f/k/a Koninklijke Philips Electronics NV et al. v. HP Inc. f/k/a Hewlett-Packard Company*, Case No. 1:20-cv-01241, U.S. District Court, Delaware
- *Koninklijke Philips NV f/k/a Koninklijke Philips Electronics NV et al. v. Lenovo Group Ltd. et al.*, Case No. 1:20-cv-01242, U.S. District Court, Delaware
- *Koninklijke Philips NV f/k/a Koninklijke Philips Electronics NV et al. v. LG Electronics, Inc. et al.*, Case No. 1-20-cv-01244, U.S. District Court, Delaware
- *Koninklijke Philips NV f/k/a Koninklijke Philips Electronics NV et al. v. MediaTek Inc. et al.*, Case No. 1:20-cv-01246, U.S. District Court, Delaware

The defendants in those other actions are respondents in the same ITC Proceeding as Realtek. In each of those actions, the same '977 patent and '564 patent were

asserted.  In each of those actions, the defendants filed a joint stipulation to stay, a joint motion to stay, or an unopposed motion to stay under §1659.  In each of those actions, the Court granted the mandated motion to stay under §1659.

For the foregoing reasons, Realtek respectfully requests that the Court stay this action under 28 U.S.C. § 1659(a).  A proposed Order granting this Motion is submitted herewith for the Court's convenience.

|  | ASHBY & GEDDES |
|---|---|
| *Of Counsel:* | */s/ John G. Day*<br>John G. Day (#2403)<br>Andrew C. Mayo (#5207) |
| Robert J. Benson, Bar No. 155971<br>rbenson@orrick.com<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>2050 Main Street, Suite 1100<br>Irvine, CA  92614-8255<br>(949) 567 6700 | 500 Delaware Avenue<br>P. O. Box 1150<br>Wilmington, DE  19899<br>(302) 65401888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com |
| Dated:       November 20, 2020 | *Attorneys for Defendant* |