**ASHBY & GEDDES**

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 20, 2022

The Honorable Colm F. Connolly  
United States District Court  
844 N. King Street  
Wilmington, DE  19801

VIA ELECTRONIC FILING

Re:  *Koninklijke Philips N.V. v. Realtek Semiconductor Corp.,*  
C.A. No. 20-1247-CFC

Dear Chief Judge Connolly:

We submit this letter in response to the letter submitted by Koninklijke Philips N.V. ("Philips") on July 19, 2022 (D.I. 18) in order to address some incorrect statements made by Philips' counsel with respect to Realtek Semiconductor, Corp.  By submitting this letter we are not appearing on behalf of Realtek as it has not yet been served with the Complaint.  Realtek also preserves any objections that it may have regarding personal jurisdiction and venue.

Philips' letter states that Realtek "did not respond to requests to join this letter from counsel for Koninlijke Philips."  D.I. 18 at 1.  That is not the case.  As shown in attached Exhibit A, even though Realtek has not been served with the complaint, and therefore, has no obligation to negotiate a scheduling order in this action, counsel for Realtek responded directly to Philips' counsel and stated Realtek's position.  Realtek's response specifically stated that "the case against Realtek is currently stayed and Realtek has not yet been served.  Philips' motion for alternative service remains pending.  Other defendants might be situated differently, but any discussion of a scheduling order in the Realtek case is premature."  Exhibit A.  Realtek also explicitly objected to Philips' overbroad proposed use of Realtek's confidential business information from the ITC in several other cases to which Realtek is not a party.

Realtek should not be compelled to negotiate the details of a scheduling order, protective order, and related issues, when Realtek has not even been served and the case filed against it remains stayed.  Once the stay if lifted and Realtek is properly served, Realtek will meet and confer with Philips on these issues.  But all of Philips' demands with respect to the Realtek case are premature and improper at this time.

Realtek respectfully requests that any scheduling order and/or protective order entered in other related cases, involving different parties, not be entered in this case until Realtek has been

{01821663;v1 }

The Honorable Colm F. Connolly
July 20, 2022
Page 2

served and the parties in *this* action have had an opportunity to meet and confer on those issues. Realtek further requests that its Confidential Business Information produced in the ITC investigation, such as source code, should not be automatically produced and made part of the record in related cases before this Court to which Realtek is not a party, without the opportunity for Realtek to confer with Philips on those issues and brief any disputed issues with the Court.

              Respectfully,

              */s/ John G. Day*

              John G. Day (#2403)

JGD/nml
Attachment

cc:  Counsel of Record (via electronic mail; w/attachment)

{01821663;v1 }