**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., and PHILIPS NORTH AMERICA LLC<br><br>Plaintiffs,<br><br>v.<br><br>REALTEK SEMICONDUCTOR CORP.,<br><br>Defendants. | C.A. No.: 20-cv-1247-CFC<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF PARTIAL VOLUNTARY DISMISSAL OF U.S. PATENT NO. 9,950,977**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, Koninklijke Philips N.V. ("KPNV") and Philips North America LLC voluntarily withdraw without prejudice their allegations directed to U.S. Patent No. 9,950,977, i.e., Paragraphs 8, 38-47 in the First Amended Complaint. D.I. 36 (Oct. 19, 2022).

For the avoidance of doubt, all other allegations remain asserted.

Dated: April 24, 2024

Respectfully submitted,

FARNAN LLP

OF COUNSEL:

Michael T. Renaud (*pro hac vice*)
Adam S. Rizk (*pro hac vice*)
Andrew H. DeVoogd (*pro hac vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO PC
One Financial Center
Boston, Massachusetts 02111
Phone: (617) 542-6000
Fax: (617) 542-2241
MTRenaud@mintz.com
ARizk@mintz.com
DHDeVoogd@mintz.com

*/s/ Michael J. Farnan*

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Phone: (302) 777-0300
Fax: (302) 777-0301
BFarnan@farnanlaw.com
MFarnan@farnanlaw.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and Philips North America LLC*