# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDIA CONTENT PROTECTION LLC, | )<br>)<br>) |
| Plaintiff, | )  C.A. No. 20-1247-CFC |
| v. | )<br>) |
| REALTEK SEMICONDUCTOR CORP., | )<br>) |
| Defendant. | ) |

### DEFENDANT REALTEK SEMICONDUCTOR CORP.'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(C)

Pursuant to Federal Rule of Civil Procedure 12(c), Defendant Realtek Semiconductor Corp. hereby moves for judgment on the pleadings as to Count I of Plaintiff's Second Amended Complaint (D.I. 99) because the asserted claims of U.S. Patent No. 10,298,564 are ineligible under 35 U.S.C. § 101. The grounds for this motion are set forth in Realtek's opening brief, submitted herewith.

|  |  |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
|  | */s/ John G. Day* |
| Sten A. Jensen | _____ |
| Christopher J. Higgins | John G. Day (#2403) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | 500 Delaware Avenue, 8th Floor |
| 2100 Pennsylvania Avenue | P.O. Box 1150 |
| Washington, D.C. 20037 | Wilmington, DE 19899 |
| (202) 339-8400 | (302) 654-188 |
| sjensen@orrick.com | jday@ashbygeddes.com |
| chiggins@orrick.com |  |
|  | *Attorneys for Defendant* |
| Joseph Kolker |  |
| ORRICK, HERRINGTON & SUTCLIFFE LLP |  |
| 51 West 52nd Street |  |
| New York, NY, 10019-6142 |  |
| (212) 506-5000 |  |
| jkolker@orrick.com |  |

Dated: February 14, 2025